IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY L. YOUNGBLOOD, #B02004,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC, et al.,<br><br>Defendants. | Case No. 3:18-cv-01723-SMY |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's March 31, 2022 Order (Doc. 215), this action is **DISMISSED with prejudice**.

**DATED**: March 31, 2022

MONICA A. STUMP, CLERK of COURT

By: *s/ Tanya Kelley*
Deputy Clerk

APPROVED: *s/ Staci M. Yandle*
STACI M. YANDLE
United States District Judge